IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : :  |
| v. | : Criminal Action No.: 21-055-002-CFC |
| SHAQUAYVIS ASBERRY, | : : |
| Defendant. | : |

## ORDER

Having considered Defendant Asberry's Uncontested Motion for an Extension of Time to File Pre-Trial Motions and waiver of applicability of the Speedy Trial Act, and Request for Rescheduling of Telephone Conference, **IT IS HEREBY ORDERED** this __2nd__ day of December, 2021, that Defendant's Motion is **GRANTED**. Pre-trial motions are due no later than by February 2, 2022.

The time from December 3, 2021 up until February 2, 2022 is excludable from Speedy Trial Act calculations because the ends of justice served by the delay outweigh the best interest of the public and the Defendant in a speedy trial. *See* U.S.C. Section 3161(h)(7)(A).

_____
Honorable Colm F. Connolly
United States District Court Chief Judge