IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAQUAYVIS ASBERRY,    :
             :
     Petitioner,   :
             :
   v.        :  Criminal Action No. 21-55-CFC-2
             :  Civil Action No. 23-1361-CFC
             :
UNITED STATES OF AMERICA,  :
             :
     Respondents.  :
_____

**O R D E R**

    At Wilmington, this Seventeenth day of October in 2024, for the reasons

set forth in the Memorandum Opinion issued this date;

    **IT IS HEREBY ORDERED** that:

    1.  Movant Shaquayvis Asberry's Motion to Vacate, Set Aside, or Correct

Sentence Pursuant to 28 U.S.C. § 2255 (D.I. 107) is **DENIED**.

    2.  The Court declines to issue a certificate of appealability because

Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

    3.  The Clerk shall close the case.


_____
Colm F. Connolly
Chief Judge